

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-17-00517-CR

John Nathan **CAVANESS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 16-4724
The Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

The State's motion for extension of time to file its brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court